**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01888-BNB

LESTER L. WASHINGTON, MA, M.ED., ABD,

    Plaintiff,

v.

COLORADO STATE UNIV. FC, CSUBOG, HDFS, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Response/and Motion to Enter Response . . ." (docket #7) filed on August 20, 2010, is DENIED.

Dated: August 23, 2010