IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01888-ZLW

LESTER L. WASHINGTON,

    Plaintiff,

v.

COLORADO STATE UNIVERSITY BOARD OF GOVERNORS, ET AL,

    Defendants.

---

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

---

Babcock, Senior Judge

    Plaintiff has submitted a Notice of Appeal.  Plaintiff previously was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this court in this action.  The court has examined the file and has determined that leave to proceed *in forma pauperis* on appeal must be denied.  Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, the court finds that this appeal is not taken in good faith because plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal.  Accordingly, it is

    ORDERED that leave to proceed *in forma pauperis* on appeal is denied because this appeal is not taken in good faith.

    DATED at Denver, Colorado this  30th  day of March, 2011.

    BY THE COURT:

    s/Lewis T. Babcock
    SENIOR JUDGE, UNITED STATES DISTRICT
    COURT FOR THE DISTRICT OF COLORADO